UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DANIEL NIESWIADOMY,**

Plaintiff,

v. **No. 4:26-cv-00978-P**

**ALCON LABORATORIES, INC.,**

Defendant.

**FINAL JUDGMENT**

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order this same day, this case is **DISMISSED** without prejudice. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **14th day of September 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE